**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7081**

JEAN BERNARD GERMAIN,

             Plaintiff - Appellant,

        v.

KEITH ARNOLD; CPL. ORTT; DALE SMITH; CPL. N. CONRAD; BOBBY
SHEARIN, Warden; B. FANN, Corporal,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J.  Frederick  Motz,  Senior  District
Judge.  (1:12-cv-03240-JFM)

Submitted:  November 7, 2013         Decided:  December 6, 2013

Before GREGORY, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jean Bernard Germain, Appellant Pro Se.   Rex Schultz Gordon,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jean Bernard Germain appeals the district court's orders granting summary judgment to the Appellees, dismissing his civil rights complaint and denying his motion for recusal. We have reviewed the record and the district court's orders and find no error. Accordingly, we affirm on the reasoning of the district court. See Germain v. Arnold, No. 1:12-cv-03240-JFM (D. Md. June 11, 2013; June 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED